T.H

00 6309-CR-Seitz

| AO82 (Rev. 4/90) | ORIGINAL  RECEIPT FOR PAYMENT  UNITED STATES DISTRICT COURT  for the  SOUTHERN DISTRICT OF FLORIDA | 227591 |

at Miami

RECEIVED FROM Harry M. Solomon
799 Brickell Plaza
Miami, Fl 33131
USA(s) John Mannone

Fund CK# 1203

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 20,000.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 20,000.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 00-6309-CR-Seitz | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Per Court Order
To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 07/23/20   Cash   Check ✓   M.O.   Credit   DEPUTY CLERK Hamilton

477