O 442 (Rev. 12/85) Warrant for Arrest AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DOREEN RUSSO

## WARRANT FOR ARREST

### CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO:   **The United States Marshal
and any Authorized United States Officer**

FILED by _____ D.C.
INTAKE

AUG 14 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

YOU ARE HEREBY COMMANDED to arrest _____ DOREEN RUSSO _____
                                                                                            Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense)   Money Laundering Conspiracy and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activities

in violation of Title 18   United States Code, Section(s) 1956(h), 1957

CLARENCE MADDOX _____
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

_[signature]_
LURANA S. SNOW

Bail fixed at $ 100,000 Personal Surety Bond _____   by   UNITED STATES MAGISTRATE JUDGE

_not to be incarcerated overnight_                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

520

U.S. District Court
S - Southern District of Florida FtLauderdale

CRIMINAL DOCKET FOR CASE #: 00-CR-6309

Filed: 10/24/00

USA v. Raffa . Seitz
Assigned to:

Dkt # in o      ne

08/14/01      LED DOCUMENT (sp) [Entry date 08/21/01]

08/14/0      LED DOCUMENT (sp) [Entry date 08/21/01]

08/14      ED DOCUMENT (sp) [Entry date 08/21/01]

08/1      D DOCUMENT (sp) [Entry date 08/21/01]

08/1      D DOCUMENT (sp) [Entry date 08/21/01]

08/      D DOCUMENT (sp) [Entry date 08/16/01]

08      DOCUMENT (sp) [Entry date 08/16/01]

s to John Mamone  denying [413-1] motion to alter
conditions of pretrial release as to John Mamone
igned by Magistrate Stephen T. Brown on 8/14/01)
te: 8/16/01] CCAP☐ (dg) [Entry date 08/16/01]

DOCUMENT (sp) [Entry date 08/21/01]

DOCUMENT (sp) [Entry date 08/21/01]

DOCUMENT (sp) [Entry date 08/21/01]

D DOCUMENT (sp) [Entry date 08/21/01]

D DOCUMENT (sp) [Entry date 08/21/01]

ED DOCUMENT (sp) [Entry date 08/21/01]

LED DOCUMENT (sp) [Entry date 08/21/01]

ALED DOCUMENT (sp) [Entry date 08/21/01]

EALED DOCUMENT (sp) [Entry date 08/21/01]

NOTICE of filing letter regarding pending discovery issues
by Fred Morgenstern (dg) [Entry date 08/21/01]

Attached to D.E. # ___520___