Unsealed

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ(s)(s)

UNITED STATES OF AMERICA

vs.

JOSEPH RUSSO
DOREEN RUSSO

_____

### ORDER

THIS CAUSE came before the Court and pursuant to proceedings held, it is thereupon

ORDERED and ADJUDGED as follows:

PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANTS, THIS CASE IS HEREBY UNSEALED.

DONE and ORDERED in Chambers at Miami, Florida this 21st day of August, 2001.

TAPE NO. 01C-

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc:   Brian McCormick, AUSA

DE 516-520 unsealed

531/8