UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>Russo, Doreen<br><br>Defendant | CASE NO. 00-6309-CR-SEITZ<br><br>REPORT COMMENCING CRIMINAL ACTION<br><br>62396-004 |
|---|---|

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 8/21/01  7:05 AM
2. Spoken language: English
3. Offense(s) charged: 18 USC 1956 (h) and 18 USC 9957
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 8/8/1947
6. Type of charging document: (Check One)
   [X] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309-CR-SEITZ   CASE NO. 00-6309-
   DISTRICT: SOUTHERN DISTRICT OF FLORIDA (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO
   AMOUNT OF BOND: $100,000 PERSONAL SURETY BOND
   WHO SET BOND: MAGISTRATE LURANA S. SNOW

7. REMARKS: NOT TO BE INCARCERATED OVERNIGHT

8. DATE: 8/21/2001
9. CELESTE VAN AUCKEN, ARRESTING OFFICER
10. AGENCY: FBI
11. 305-944-9101  PHONE NO.

FILED BY ___ 2001 AUG 21 PM 4:40
CLARENCE MADDOX
CLERK US DIST. CT.
S.D. OF FLA - MIA

533

AO 442 (Rev. 12/85) Warrant for Arrest AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DOREEN RUSSO

## WARRANT FOR ARREST

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DOREEN RUSSO_____
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with (brief description of offense)  Money Laundering Conspiracy and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activities

In violation of Title _18_ United States Code, Section(s) _1956(h), 1957_

CLARENCE MADDOX
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Bail fixed at $ 100,000 Personal Surety Bond
*not to be incarcerated overnight*

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

[Signature]
LURANA S. SNOW
by  UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |