UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309 Cr Seitz

UNITED STATES OF AMERICA,

v.

**NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL**

Doreen & Joseph Russo

COMES NOW  Jayne Weintraub  and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as **preparing and filing** documents necessary to collateralize any **personal surety bond which may be set.**

Counsel's Name (Printed) Jayne Weintraub

Counsel's Signature  [signature]

Address  100 SE 2d St
Suite 3550                ZIP CODE: 33131

Telephone (305) 374-1818

FILED BY [stamp] 2001 AUG 2  CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI