UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309 CR-SEITZ(s)(s)

UNITED STATES OF AMERICA,

v.

Doreen Russo

ORDER DENYING GOVERNMENT'S
REQUEST FOR PRETRIAL DETENTION &
SETTING A BOND

This Cause came before the Court upon motion of (the government for pretrial detention) (the defendant to set a bond). Upon consideration, it is
   **ORDERED AND ADJUDGED** as follows:
\_\_\_\_ The government's motion is **denied**.
\_\_\_\_ The defendant's motion is **granted**; bond is set at:
   ✓ Personal Surety, unsecured, in the amount of $100,000

\_\_\_\_ Personal Surety in the amount of $\_\_\_\_
   with 10% posted with Clerk of Court.

\_\_\_\_ Personal Surety in the amount of $\_\_\_\_
   secured by the following collateral: \_\_\_\_

\_\_\_\_ Full Cash in the amount of $\_\_\_\_

\_\_\_\_ Corporate Surety in the amount of $\_\_\_\_

\_\_\_\_ Full Cash or Corporate Surety in the amount of $\_\_\_\_

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
✓ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
✓ REPORT TO PRETRIAL SERVICES AS FOLLOWS: / WEEKLY IN PERSON; TWO WEEKLY BY PHONE.
\_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
✓ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
\_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
\_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
\_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.

Remain SDFL

\_ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: ✓ NONE OF SIGNATORIES MAY SELL, PLEDGE, MORTGAGE, HYPOTHECATE, ENCUMBER, ETC. ANY PROPERTY THEY OWN, REAL OR PERSONAL, UNTIL BOND(S) ARE DISCHARGED

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:\_\_\_\_

**DONE AND ORDERED** at Miami, Florida this 21 day of August 2001.
TAPE NO. 01C- 62-235

c:AUSA, Defense,
   Pretrial Svcs, Marshal

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER