

FILED by _1_ D.C.
APPEAL
AUG 28 2001
CLARENCE MADDOX
CLER U.S DIST CT.
S D OF FLA MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA             Case No. 00-6309-CR-PAS

   v.                                MIAMI, FLORIDA
                                      May 22, 2001
                                      VOLUME I
                                      PAGES 1 TO 35

JOHN MAMOME
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL

              STATUS CONFERENCE
    BEFORE THE HON. PATRICIA A. SEITZ, J.
      UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:
                    BRIAN MC CORMICK, ESQ.
                    DIANA FERNANDEZ, ESQ.
                    Assistant United States Attorneys
                    99 N.E. 4th Street
                    Miami, FL  33132

REPORTED BY:        DAVID S. EHRLICH, RPR
                    Official Court Reporter
                    301 N. Miami, Room 504
                    Miami, Florida 33128-7788
                    (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).

```
APPEARANCES: (Continued)
FOR THE DEFENDANT:

J. MAMOME              DAVID ROTHMAN, ES.

F. MORGENSTERN         JOHN HOWES, ESQ.
                       BY:  ANA JHONES, ESQ.

D. MORGENSTERN         ANA JHONES, ESQ.

J. SILVESTRI           EMMANUEL PEREZ, ESQ.
                       BY:  SAM MASRI, ESQ.

J.B. CHIUSANO          DON SPADERO, ESQ.

M. BUCCINNA            BRIAN TANNENBAUM, ESQ.

J. BASS                MICHAEL TARRE, ESQ.

F. SCAROLA             JOHN COTRONE, ESQ.
                       BY:  JEFFREY HARRIS, ESQ.

G. BELLITTO            CHARLES WENDER, ESQ.

M. CARATTINI           JAMES BENJAMIN, ESQ.
                       BY:  DON SPADERO, ESQ.

P. DI FILIPPI          PETER RABEN, ESQ.
                       BY:  BRIAN TANNENBAUM, ESQ.

A. KLINGER             NEIL NAMEROFF, ESQ.
                       BY:  JEFFREY HARRIS, ESQ.

J. SPITALERI           BRIAN BEIBER, ESQ.
                       BY:  MICHAEL TARRE, ESQ.

C. CLAY                JON MAY, ESQ.

P. PRESTON             CHARLES WHITE, ESQ.

M. WEISS               PHILLIP HOROWITZ, ESQ.
                       BY:  CHARLES WHITE, ESQ.

J. BARUCH              DAVID VINIKOOR, ESQ.

D. BELL                JEFFREY HARRIS, ESQ.
```

DAVID S. EHRLICH - OFFICIAL COURT REPORTER