UNITED STATES OF AMERICA
SOUTHERN DISTRICT COURT

CASE NO. 00-6309

UNITED STATES OF AMERICA,

v.

Doreen Russo

FILED by _____ D.C.
MAG. SEC.
AUG 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

COMES NOW HOWARD SREBNICK and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any **personal surety bond** which may be set.

Counsel's Name **(Printed)** HOWARD SREBNICK

Counsel's Signature _____

Address 201 S. Biscayne Blvd #1300
MIAMI      FL      ZIP CODE: 33131

Telephone (305) 371 6421