FILED
MAG. SEC.

AUG 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6309-CR-SEITZ (s)(s)</u>

UNITED STATES OF AMERICA,

vs.

DOREEN RUSSO

FILED by _____ D.C.
MAG. SEC.

AUG 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

<u>ORDER ON HEARING TO</u>
<u>REPORT RE COUNSEL</u>

_____

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

___✓___ The defendant requested further time to retain counsel and shall appear before the Court on <u>September 5, 2001   1:30pm</u> at ~~10:00 a.~~m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this ____29th____ day of ____AUGUST____, 2001.

TAPE NO. 01G-63-753

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

c. Defense Counsel
   Pretrial Services or Probation
   U.S. Marshal
   AUSA