AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   590917

UNITED STATES OF AMERICA

V.

DOREEN RUSSO

## WARRANT FOR ARREST

CASE NUMBER: 00-6309-CR-SEITZ(S)(S)

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __DOREEN RUSSO__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with (brief description of offense) Money Laundering Conspiracy and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activities

in violation of Title __18__ United States Code, Section(s) __1956(h), 1957__

CLARENCE MADDOX
Name of Issuing Officer

*[Signature]*
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

8/14/01 - Fort Lauderdale, Florida
Date and Location

*[Signature]*
LURANA S. SNOW

Bail fixed at $ 100,000 Personal Surety Bond   by   UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

*not to be incarcerated overnight*

586

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Miami, FL ||||
| DATE RECEIVED 8/14/01 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal S/District of Fl | SIGNATURE OF ARRESTING OFFICER *[Signature]* John Walker, ASDUSM ||
| DATE OF ARREST 8/21/01 ||||