UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ(S)(S)/GARBER

UNITED STATES OF AMERICA,

vs.
DOREEN RUSSO

**ORDER ON HEARING TO**
**REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel _____
appeared in open court and is noted as permanent
counsel of record.

_____ The defendant requested Court appointed counsel, was
found eligible, and counsel will be appointed by
separate order.

_____ The defendant requested Court appointed counsel but
was found ineligible, and shall appear before the
Court on _____
at 10:00 a.m. to report regarding his/her further
efforts to retain counsel, unless counsel notices a
permanent appearance before that date.

✓ The defendant requested further time to retain
counsel and shall appear before the Court on
____9-21-01____ at 10:00 a.m. to report
regarding his/her further efforts to retain counsel,
unless counsel notices a permanent appearance before
that date.

✓ The arraignment is reset to _9-21-01_ at 10:00 a.m.

**DONE AND ORDERED** at Miami, Florida this __14TH__ day of
_SEPTEMBER_, 2001.

TAPE NO. 01C 66 - 3460

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER

c. Defense Counsel
  Pretrial Services or Probation
  U.S. Marshal
  AUSA FRAZIER