UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6309-CR-SEITZ(s)(s)/GARBER

UNITED STATES OF AMERICA,

vs.

DOREEN RUSSO

**ORDER ON HEARING TO REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__  Private counsel __Howard Srebnick__ appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this __21st__ day of __SEPTEMBER__, 2001.
TAPE NO.01D- __88-3020__

_____
UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

AUSA
DEFENSE COUNSEL
PRETRIAL SERVICES OR PROBATION
U.S. MARSHAL