UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(S)(S)

UNITED STATES OF AMERICA,

vs.

DOREEN RUSSO
              Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : ON BOND

Language: _____

The above-named Defendant appeared before **Magistrate Judge Stephen Brown**. The defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case**. The following information is current as of this date:

Defendant:        Address: _____

                     Tel. No: _____

Defense Counsel:  Name : Howard Srebnick

                    Address: 201 S. Biscayne Blvd. #1300
                            Miami, FL 33131

                    Tel. No: (305) 371-6421

Bond Set/Continued:    $100,000 PERSONAL SURETY BOND

Dated this 21st day of Sept., 2001.

                    CLARENCE MADDOX, CLERK

                    BY  STEPHANIE LEE
                        Deputy Clerk

c: U.S. Attorney
   Defense Counsel
   Pretrial Services
   Clerk for Judge

TAPE NO. 01D-S8-3020
DIGITAL START NO. _____