UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JOHN MAMOME
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
MICHAEL BUCCINNA
FREDERICK SCAROLA
MARK CARATTINI
ANSON KLINGER
CHARLES CLAY
MARK WEISS
DAVID BELL
JOHN J. O'SULLIVAN
JOSEPH RUSSO
DOREEN RUSSO

_____/



FILED by _____ D.C.

SEP 2 5 2001

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA   MIAMI

## ORDER SETTING TRIAL
## AND NEXT STATUS CONFERENCE

This matter came before the Court for Status Conference on September 21, 2001. The Court

having heard representations of counsel, and being otherwise fully advised, it is

ORDERED as follows:

1.      The three new Defendants, John O'Sullivan, Joseph Russo and Doreen Russo, are

added to the trial in this matter which will remain SPECIALLY SET as the No. 1 case on the

**February 11, 2002** trial calendar. Pretrial Conference and Calendar call will be held on **February**

**6, 2002, at 8:30 a.m.**

2.      The next Status Conference is set for **December 14, 2001, at 8:30 a.m.** David

Rothman and Jeffrey Harris, lead counsel for Dade and Broward County attorneys, respectively,

shall contact all counsel to determine if there is a need for the Status Conference. Lead counsel shall

inform the Court of such need five days prior to the Status Conference and inform the Court of the issues to be discussed.

3.     John Howes shall act as lead CJA counsel regarding obtaining copies of the documents from the South Carolina case. The Government and defense counsel shall work out a means of obtaining and supplying copies of these documents to all defendants. Mr. Howes shall inform the Court by **October 1, 2001**, of the results of this document discovery.

4.     The period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C, §3161(h)(8)(A). This Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendants in a speedy trial.

DONE AND ORDERED in Miami, Florida this 25 day of September, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
See attached Service List

2

SERVICE LIST
00-6309-CR-SEITZ
USA v. Mamone, et al.

Brian McCormick, AUSA
Fort Lauderdale

Diana Fernandez, AUSA
Fort Lauderdale

David Rothman, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for John Mamone*

John R. Howes, Esq. (CJA)
633 S.E. 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Ana Jhones, Esq. (CJA)
330 Biscayne Blvd.
Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Emmanuel Perez, Esq. (CJA)
2121 Ponce de Leon Blvd.
Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Brian Tannenbaum, Esq.
200 South Biscayne Blvd.
Suite 2690
Miami, FL 33131
*Counsel for Michael Buccinna*

Michael Tarre, Esq.
Counsel for Jeffrey Bass
2 South Biscayne Blvd.
Suite 3250
Miami, FL 33131
*Counsel for Jeffrey Bass*

David Tarlow, Esq.
801 Brickell Avenue
Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

James S. Benjamin, Esq.
1 Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
*Counsel for Mark Carattini*

Neil Nameroff, Esq.
100 S.E. 2nd Street
Suite 3350
Miami, FL 33131
*Counsel for Anson Klinger*

Richard Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
*Counsel for Charles Clay*

Jon May, Esq.
200 East Broward Blvd.
Suite 1210
Fort Lauderdale, FL 33301
*Counsel for Charles Clay*

Philip Horowitz, Esq. (CJA)
12651 South Dixie Highway
Suite 328
Miami, FL 33156
*Counsel for Mark Weiss*

Jeffrey Harris, Esq.
1 East Broward Blvd.
Suite 1500
Fort Lauderdale, FL 33301
*Counsel for David Bell*

Kenneth Swartz, AFPD
*Counsel for John O'Sullivan*

Jayne Weintraub, Esq.
100 S.E. 2nd Street
Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

Howard Srebnick, Esq.
201 South Biscayne Blvd.
Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*

3