UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6309-SEITZ

NIGHT BOX FILED

NOV 19 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JOSEPH RUSSO AND
DOREEN RUSSO,
    Defendants.

## DOREEN RUSSO'S MOTION TO EXTEND DEADLINE FOR FILING PRETRIAL MOTIONS

Defendant Doreen Russo, through counsel, moves the court to extend the time to file additional pretrial motions until December 3, 2001. On this same date, Ms. Russo is filing several motions. However, there are additional motions that we need to explore with co-counsel for her defendant husband, Joe Russo. However, co-counsel Jayne Weintraub had a family emergency and has been unavailable to address these additional issues. Accordingly, Ms. Russo request that the Court provide until December 3, 2001 to file additional pretrial motions.

Respectfully submitted,

**BLACK, SREBNICK & KORNSPAN, P.A.**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131

By: _____
**HOWARD M. SREBNICK, ESQ**
Florida Bar Number 919063
Counsel for Doreen Russo

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FLORIDA 33131 ● (305) 371-6421

-2-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 11/19/ , 2001 a true and correct copy of the foregoing was furnished by mail to:

Brian McCormick, Esq. (by overnight mail)
Assistant United States Attorney
500 East Broward Boulevard
7th Floor
Fort Lauderdale, Florida 33394-3002

Jayne Weintraub, Esq.
100 S.E. 2nd Street, Suite 3550
Miami, Florida 33131

John Howes, Esq.
633 S.E. 3rd Avenue, Suite 4F
Ft. Lauderdale, FL 33302

Ana M. Jones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, Florida 33132

Emmanuel Perez, Esq.
2121 Ponce de Leon Boulevard
Suite 290
Coral Gables, FL 33134-5222

Brian L. Tannebaum, Esq.
First Union Financial Center
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131

Jeffrey M. Harris, Esq.
One East Broward Boulevard
Suite 1500
Ft. Lauderdale, Florida 33301

Kenneth M. Swartz, Esq.
100 N. Biscayne Boulevard
21st Floor, New World Tower
Miami, Florida 33132

Philip R. Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, Florida 33156

James Benjamin, Esq.
One Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394

Joseph S. Rosenbaum, Esq.
2400 South Dixie Highway
Suite 105
Miami, Florida 33133

David Tarlow, Esq.
801 Brickell Avenue, Suite 1901
Miami, Florida 33131-2900

Jon May, Esq.
200 East Broward Boulevard
Suite 1200
Ft. Lauderdale, FL 33301

David Rothman, Esq.
First Union Financial Center
200 South Biscayne Blvd., Suite 2690
Miami, Florida 33131

By: /s/ Howard Srebnick
**HOWARD M. SREBNICK, ESQ.**
Attorney for Doreen Russo

BLACK, SREBNICK & KORNSPAN, P.A., 201 S. BISCAYNE BOULEVARD, SUITE 1300, MIAMI, FLORIDA 33131 ● (305) 371-6421