IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**ORDER**

JOSEPH RUSSO and DOREEN RUSSO,
et al,

Defendants.
_____/

**JOINT UNOPPOSED MOTION TO DEFER HEARING ON PENDING MOTIONS**

THIS CAUSE having come on to be heard upon the *Joint Unopposed Motion to Defer Hearing on Pending Motions* and the Court having heard argument of counsel and otherwise being advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the *Joint Unopposed Motion to Defer Hearing on Pending Motions* is GRANTED.

DONE AND ORDERED in Miami-Dade County, Florida this _18th_ day of December, 2001.

Barry L. Garber
United States Magistrate Judge

Copies furnished to:
Brian McCormick, AUSA
All defense counsel