UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

FILED by ___ D.C.
MAR 0 7 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

v.

DOREEN RUSSO,
_____/

## ORDER DENYING MOTION TO CONSOLIDATE PLEA AND SENTENCING

This matter came before the Court on Defendant Doreen Russo's Motion to Consolidate the Plea and Sentencing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida this 7th day of March, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Howard Srebnick, Esq.
Jayne Weintraub, Esq.

