JBM:DF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 6309-CR-SEITZ(S)(S)(S)
18 U.S.C. 3

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DOREEN RUSSO,
    Defendant.
_____/



FILED by _____ D.C.
MAR 0 8 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### SUPERSEDING INFORMATION

The United States Attorney charges that:

On or about October 10, 2000, in the Southern District of Florida, and elsewhere, the defendant,

DOREEN RUSSO,

knowing that an offense against the United States has been committed, that is, engaging in monetary transactions in property derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957, did receive, relieve, comfort and assist the offender, co-defendant Joseph Russo, in order to hinder and prevent the offender's apprehension, trial and punishment.

All in violation of Title 18, United States Code, Section 3.

GUY A. LEWIS
UNITED STATES ATTORNEY

J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY

DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. _____00-6309-CR-SEITZ(S)(S)(S)_____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

DOREEN RUSSO                      **Superseding Case Information:**

**Court Division:** (Select One)   New Defendant(s)        Yes ___   No _X_
                                   Number of New Defendants  ___
___ Miami   ___ Key West           Total number of counts    _1_
_x_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _No_
   List language and/or dialect  _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days      _X_       Petty      ___
   II   6 to 10 days     ___       Minor      ___
   III  11 to 20 days    ___       Misdem.    ___
   IV   21 to 60 days    ___       Felony     _x_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Patricia A. Seitz_        Case No. _00-6309-Cr-Seitz(s)(s)_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _search warrants 00-4603-Snow & 00-4604-Snow_
   Defendant(s) in federal custody as of _n/a_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes  _X_ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                   _____
                                   BRIAN McCORMICK
                                   ASSISTANT UNITED STATES ATTORNEY
                                   COURT I.D.# A5500084

*Penalty Sheet(s) attached                                    REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: DOREEN RUSSO

Count #: 1    18 U.S.C. 3    Being an accessory after the fact in a violation of Title 18, United States Code, Section 1957

*Max. Penalty: 5 years' imprisonment and up to a $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96