AO 455 (REV. 5/85) Waiver of Indictment

FILED by _____ D.C.

MAR 0 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | CASE NUMBER: 00-6309-CR-SEITZ(S)(S)(S) |
| DOREEN RUSSO | |

I, DOREEN RUSSO, the above named defendant, who is accused of being an accessory after the fact of a violation of Title 18, United States Code, Section 1957, all in violation of Title 18, United States Code, Section 3, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 3/8/02 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DOREEN RUSSO
Defendant.

_____
HOWARD SREBNICK
Counsel for Defendant    3/8/02

Before _____
UNITED STATES ~~MAGISTRATE~~ District JUDGE