**CRIMINAL MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**THE HONORABLE PATRICIA A. SEITZ**

FILED by _____ D.C.

MAR 0 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr        Date 3/8/02

Clerk L. Webb            Reporter D. Ehrlich.

USPO _____            Interpreter No

USPTS _____

AUSA D. Fernandez        Def. Atty. H. Srebnick

United States of America v. Doreen Russo

Defendant(s): Present X        Not Present _____        In Custody No

Reason for Hearing Change of plea to information

Results of Hearing Adjudicated guilty; PSI ordered, referred to prob.

∆ arraigned on Information.

Misc. _____