1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     Case No. 00-6309-CR-PAS
    v.                               MIAMI, FLORIDA
                                  DATE March 8, 2002
                                  VOLUME I
                                  PAGES 1 TO 81
JOSEPH RUSSO
DOREEN RUSSO

FILED by _____ D.C.
APPEAL
MAR 19 2002
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

CHANGE OF PLEA
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

                 DIANA FERNANDEZ, ESQ.
                 Assistant United States Attorney
                 500 E. Broward Boulevard - 7th Fl.
                 Ft. Lauderdale, FL 33394-3002


FOR THE DEFENDANT:

J. RUSSO         JAYNE WEINTRAUB, ESQ.
                 STEVE POTOLSKY, ESQ.
                 100 S.E. 2nd Street
                 Suite 3550
                 Miami, FL 33131-2150

D. RUSSO         SCOTT A. SBRENICK, ESQ.
                 2400 S. Dixie Highway
                 Suite 200
                 Miami, FL 33133-3153


REPORTED BY:     DAVID S. EHRLICH, RPR
                 Official Court Reporter
                 301 N. Miami, Room 504
                 Miami, Florida 33128-7788
                 (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER