IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER**

JOSEPH RUSSO and DOREEN RUSSO,

    Defendants.
_____/

FILED by ___ D.C.
APR 2 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

THIS CAUSE having come on to be heard upon Defendants' Agreed Motion for Permission to Move, and the Court having heard argument of counsel and otherwise being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED:

1.   Defendants' Agreed Motion for Permission to Move is GRANTED.

2.   The Defendants are permitted to move from 11255 S. W. 93rd Court, Miami Florida 33176 to 2451 Brickell Avenue, Apartment 8-M, Miami, Florida 33129.

DONE AND ORDERED in Miami-Dade County, Florida this 23rd day of April, 2002.

_____
Patricia A. Seitz, U. S. District Judge

Copies furnished to:
Diana Fernandez, AUSA
Jayne Weintraub, Esq.
Howard Srebnick, Esq.
Iram Ferguson, USPO