UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DOREEN RUSSO,

_____/



FILED by ____ D.C.

MAY 31 2002

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

### NOTICE RESETTING SENTENCING HEARING

PLEASE TAKE NOTICE that the Sentencing in the above matter is reset for **June 21, 2002, at 8:15 a.m.**

DATED: May 31, 2002

By Order of the Court
Clarence Maddox, Clerk

By_____
Deputy Clerk

Copies to:
Brian McCormick, AUSA
Howard Srebnick, Esq.
U.S. Probation