CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
JUN 2 1 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr          Date 6/21/02
Clerk L. Webb               Reporter D. Ehrlich
USPO L. Fahie               Interpreter _____
USPTS _____

AUSA B. McCormick           Def. Atty. H. Srebnick

United States of America v. Doreen Russo

Defendant(s): Present  X    Not Present ____   In Custody No
Sentence _____
Supervised Release _____
Special Conditions of SR _____

Fine $ _____          Special Assessment $ _____
Advised of right to appeal _____
Recommendations to BOP _____

Misc. Areg = Continuance to settle all matters concerning finances of Δ. Sentencing cont'd to 7/31 @ 8:15

1062