CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

Case No. 00-6309-Cr   Date 7/31/02
Clerk L. Webb   Reporter D Ehrlich
USPO L. Fahie   Interpreter No
USPTS _____

AUSA McCormick/Fernandez   Def. Atty. H Srebnick

United States of America v. Doreen Russo

Defendant(s): Present X   Not Present ___   In Custody No
Sentence Probation 3 years as to Count 1
Supervised Release _____
Special Conditions of SR ① financial disclosure ② 300 hours comm. sev. ③ after 2 yr. will consider early term.

Fine $ 10,000.00 in instell.   Special Assessment $ 100.00
Advised of right to appeal Yes
Recommendations to BOP _____

Misc. Rest $130,000.00 J+S - payment has been made