00 CR 6309
Judge Seitz

FILED BY ____ D.C.
02 AUG -2 PM 4:07
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIA

No further action required by
the U.S. Marshals Service.

[redacted]
UNITED STATES MARSHAL

SDUSM

1113