UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

DOREEN RUSSO,

_____/



FILED by _____ D.C.

DEC 10 2004

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR EARLY TERMINATION

This matter came before the Court on Defendant's Motion for Early Termination of Probation. The Court has considered the Motion, the response of the Government and U.S. Probation Officer Lisa Acosta. Due to the Defendant's failure to complete and submit her monthly supervision reports since May 2004, and her failure to comply with the Probation Officer's instructions regarding employment, it is

ORDERED that Defendant's Motion for Early Termination of Probation is DENIED.

DONE AND ORDERED in Miami, Florida, this 10th day of December, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Howard Srebnick, Esq.
Lisa Acosta, USPO